# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**RODERICK LYDELL BANKS,**

   Plaintiff,

v.

**EDWARD L. MYRICK TRANSER, INC., JOHN MOTES, AND LANCER INSURANCE COMPANY**,

   Defendants.

Civil Action No. 7:14-CV-49 (HL)

## ORDER

Pursuant to Federal Rule of Civil Procedure 7.1 and Middle District of Georgia Local Rule 87, Edward L. Myrick Transfer, Inc., Lancer Insurance Company, and State Farm Mutual Automobile Insurance Company are ordered to file corporate disclosure statements not later than May 15, 2014. Failure to do so may result in sanctions against a party or counsel.

**SO ORDERED**, this the 8th day of May, 2014.

                 *s/ Hugh Lawson*_____
                 **HUGH LAWSON, SENIOR JUDGE**

scr